UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-00341-SSS-SHKx | Date | January 5, 2024 |
|---|---|---|---|
| Title | *Jonathan L. Jackson v. Cnty. of San Bernardino, et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE
REGARDING DOE DEFENDANTS**

On April 20, 2023, Plaintiff Jonathan Lamar Jackson filed his First Amended Complaint in which numerous DOE defendants are listed.  [*See* Dkt. 17, First Am. Compl. ("FAC") ¶¶ 6-7].  As of the date of this order, there is no evidence in the record to show Plaintiff has timely served these defendants under Federal Rule of Civil Procedure 4(m).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why the case should not be dismissed as to the DOE defendants for failure to serve a copy of the summons and First Amended Complaint on these defendants.  Plaintiff must respond in writing by **January 12, 2024**.  Failure to respond will result in a dismissal of the DOE Defendants under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey court orders.

**IT IS SO ORDERED.**